UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case. No.: 1:16-cv-7359 |
| | ) | |
| v. | ) | |
| | ) | Judge Rebecca Pallmeyer |
| JANE DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Michael Mason |

## ORDER

THIS CAUSE coming before the Court on Plaintiff John Doe's Motion for Preliminary Injunction, counsel for the Plaintiff present, this Court having considered and reviewed the Plaintiff's motion and evidence before it, and the Court being advised in the premises, IT IS HEREBY ORDERED THAT:

The Plaintiff's Motion for Preliminary Injunction is granted in full. IT IS FURTHER ORDERED THAT:

1. That the Defendants and their business partners, affiliates, parents, subsidiaries, officers, directors, employees, servants, representatives, agents, and attorneys, and all other persons or entities acting in concert or participation with or on behalf of the Defendants be restrained and enjoined from using the domain ▬▬▬▬▬▬ and/or any Internet domain name containing all or any portion or variation of the Plaintiff John Doe's name;

2. That the Defendants shall not operate any website at the domain ▬▬▬▬▬▬

and/or any Internet domain name containing all or any portion of variation of the Plaintiff John Doe's name and shall not use any such domain to redirect Internet traffic to any non-infringing site. Further, the Defendants shall be prohibited from selling or transferring to third parties, or changing the registrar for, the domain ▇▇▇▇▇▇▇▇▇▇ and/or any Internet domain name containing all or any portion or variation of the Plaintiff John Doe's name;

3. That the domain name register for the domain ▇▇▇▇▇▇▇▇▇▇ namely, GoDaddy.com, LLC, shall permanently unlock and change the registrant of record for the domain ▇▇▇▇▇▇▇▇▇▇ to a registrant of Plaintiff's selection until further ordered by this Court, and the domain name registrar shall take any steps necessary to transfer the domain ▇▇▇▇▇▇▇▇▇▇ to a registrar of Plaintiff's selection until further ordered by this Court. The domain name registrar shall not be liable to any Defendant for complying with this Court Order;

4. That those in privity with Defendants and those with notice of the injunction, including any Internet search engines, web hosts, domain name registrars and domain name registries that are provided with notice of the injunction, shall immediately cease facilitating access to any and all websites and accounts through which Defendants engage in conduct enjoined by this injunction;

5. Where the Defendants fail to comply with the provisions of this Court Order, the Plaintiff and/or his counsel may effectuate such compliance by and through the domain name registrar and/or themselves where the domain name registrar provides such capability;

6.     This Court strongly encourages any Internet search engines receiving notice of this Order that are indexing and/or caching any webpage at the domain ▮▮▮▮▮▮▮▮ and/or any other domain name containing content in violation of this Order to remove such webpages and the content thereon from its caches and indexes;

7.     This Court strongly encourages any Internet search engines receiving notice of this Order that are indexing and/or caching any webpage at the domain ▮▮▮▮▮▮▮▮ and/or any other domain name containing content in violation of this Order to remove such domain names, the webpages associated with such domain names, and the content thereon from being returned as a search result for the Plaintiff's legal and/or proper name (as indicated in the specific domain name above), as well as any variation thereof;

8.     That any third party search engines, web hosts, domain name registrars, domain name registries, and others acting to comply with this Order shall not be liable to any Defendant for complying with this Order;

9.     That, given the Defendants' clear intent to use the Plaintiff John Doe's name in bad faith, the Defendants are prohibited from using the Plaintiff John Doe's name on the Internet; and,

10.     Any party receiving a copy of the sealed, unredacted version of the Order shall treat it as sealed by this Court and confidential.

Dated: August 24, 2016

                                                                            */s/ Rebecca R. Pallmeyer*

                                                                           Honorable Rebecca R. Pallmeyer