**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: John Doe v. Jane Does, 1-3      Case Number: 16-cv-07359

An appearance is hereby filed by the undersigned as attorney for:
Proposed *Amicus Curiae* Reporters Committee for Freedom of the Press

Attorney name (type or print):   Brendan J. Healey

Firm:   Mandell Menkes LLC

Street address:   1 North Franklin Street, Suite 3600

City/State/Zip:   Chicago, IL 60606

Bar ID Number: 6243091                    Telephone Number: (312) 251-1006
(See item 3 in instructions)

Email Address: bhealey@mandellmenkes.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                 If appointed counsel, are you a
                                                 ☐ Federal Defender
                                                 ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 5, 2019

Attorney signature:   S/ Brendan J. Healey
                      (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015