### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | Case No. 16-cv-07359 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Rebecca Pallmeyer |
| | ) | |
| Jane Does, 1-3, | ) | Magistrate Judge Michael Mason |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **March 11, 2019 at 9:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Rebecca Pallmeyer or any judge sitting in her stead in Courtroom 2141 of the Northern District of Illinois Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the Motion of the Reporters Committee for Freedom of the Press for Leave to File Brief as *Amicus Curiae* in Support of Eugene Volokh's Motion to Intervene**,** a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Brendan J. Healey
Brendan J. Healey (ARDC #6243091)
MANDELL MENKES LLC
One North Franklin, Suite 3600
Chicago, IL 60606
Telephone: (312) 251-1006
Facsimile: (312) 759-2189
bhealey@mandellmenkes.com
*Counsel of record*

Bruce D. Brown
Katie Townsend

                                      Caitlin V. Vogus
                                      THE REPORTERS COMMITTEE FOR
                                          FREEDOM OF THE PRESS
                                    1156 15th St. NW, Suite 1020
                                    Washington, D.C. 20005
                                    Telephone: (202) 795-9300
                                    Facsimile: (202) 795-9310
                                    *Of counsel*

Dated: March 5, 2019

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2019, I filed the foregoing Notice of Motion via ECF, which caused plaintiff's counsel to be served. I am unable to serve defendants, who are not registered with ECF, and whose identity I do not know. In addition, proposed intervenor Eugene Volokh has been served via electronic mail at volokh@law.ucla.edu.

/s/ Brendan J. Healey