**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | Case No. 16-cv-07359 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Rebecca Pallmeyer |
| | ) | |
| Jane Does, 1-3, | ) | Magistrate Judge Michael Mason |
| | ) | |
| Defendants. | ) | |

**FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, proposed *amicus curiae* Reporters Committee for Freedom of the Press hereby discloses that it has no publicly held affiliates.

                                                Respectfully submitted,

                                                /s/ Brendan J. Healey
                                                Brendan J. Healey (ARDC #6243091)
                                                MANDELL MENKES LLC
                                                One North Franklin, Suite 3600
                                                Chicago, IL 60606
                                                Telephone: (312) 251-1006
                                                Facsimile: (312) 759-2189
                                                bhealey@mandellmenkes.com
                                                *Counsel of record*

                                                Bruce D. Brown
                                                Katie Townsend
                                                Caitlin V. Vogus
                                                THE REPORTERS COMMITTEE FOR
                                                   FREEDOM OF THE PRESS
                                                1156 15th St. NW, Suite 1020
                                                Washington, D.C. 20005
                                                Telephone: (202) 795-9300
                                                Facsimile: (202) 795-9310
                                                *Of counsel*

Dated: March 5, 2019

## CERTIFICATE OF SERVICE

I certify that on March 5, 2019, I filed the foregoing Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement via ECF, which caused plaintiff's counsel to be served. I am unable to serve defendants, who are not registered with ECF, and whose identity I do not know. In addition, proposed intervenor Eugene Volokh has been served via electronic mail at volokh@law.ucla.edu.

/s/ Brendan J. Healey